# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vyskocil, Mary Kay | US District Court, Southern District of New York | 07/30/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge - Southern District of NY | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President (Term ended 11/25/2020) | Federal Bar Council |
| 2. Director (Resigned 1/28/2020) | Sanctuary for Families |
| 3. Trustee (Resigned 1/27/2020) | St. Joseph's Seminary |
| 4. Trustee Emeritus | Dominican College |
| 5. Director, Vice President and Executive Committee Member | Judges and Lawyers Breast Cancer Alert ("JALBCA") |
| 6. Trustee (Term ended January, 2021) | Historical Society of New York Courts |
| 7. Director and Past President | St. John's University School of Law Alumni Association |
| 8. Director and Vice President | NYC Co-op Board |
| 9. Trustee and Clerk | Cape Cod Condo Board |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | Simpson Thacher & Bartlett -- Retirement Plan under Partnership Agreement (with former law firm) -- Unfunded Pension Plan and equity buyout |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Simpson Thacher & Bartlett LLP -- Partner Pension | $1,929,245.00 |
| 2. 2020 | New York State Breeder's Awards (Estimated) | $1,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | 425 Private Fund I, LLC | E | Distribution | N | U | | | | | |
| 2. | STP, LLP PROFIT SHARING PLAN - FIDELITY (H) | | | | | | | | | |
| 3. | -WT CIF II CR PL BD 1 | A | Dividend | J | T | | | | | |
| 4. | -TRP Equity Income | D | Dividend | M | T | | | | | |
| 5. | -MIP II CL 2 | A | Dividend | J | T | | | | | |
| 6. | -Rothschild SMCP Core | A | Dividend | K | T | | | | | |
| 7. | -FID 500 Index IPR | E | Dividend | P1 | T | | | | | |
| 8. | STB SUPP PROFIT SHARING PLAN - FIDELITY (H) | | | | | | | | | |
| 9. | -WT CIF II CR PL BD 1 | A | Dividend | K | T | | | | | |
| 10. | -TRP Equity Income | D | Dividend | M | T | | | | | |
| 11. | -MIP II CL 2 | A | Dividend | J | T | | | | | |
| 12. | -FID INTM GOVT Income | A | Dividend | J | T | | | | | |
| 13. | -Rothschild SMCP Core | A | Dividend | M | T | | | | | |
| 14. | -FID 500 Index IPR | E | Dividend | P1 | T | | | | | |
| 15. | MERRILL LYNCH HSA (H) | | | | | | | | | |
| 16. | -Blackrock Global Fd Inc A | A | Dividend | K | T | | | | | |
| 17. | -ML Bank Deposit Program | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares S&P 500 Index | A | Dividend | J | T | | | | | |
| 19. -Blackrock Global Fd Inc C | A | Dividend | | | Merged (with line 16) | 03/23/20 | J | | |
| 20. TRANSAMERICA IRA (H) | | | | | | | | | |
| 21. -TFLIC Fixed | A | Dividend | J | T | | | | | |
| 22. -Transamerica Partners Large Growth | A | Dividend | K | T | | | | | |
| 23. JPMorgan Chase Bank - Cash Accounts | A | Interest | N | T | | | | | |
| 24. Citibank, N.A. - Cash Accounts | D | Interest | P1 | T | | | | | |
| 25. People's United Bank - Cash Accounts | B | Interest | P1 | T | | | | | |
| 26. Western Asset NY Tax-Free MMF Cl N | A | Dividend | M | T | | | | | |
| 27. FIDELITY IRA (H) | | | | | | | | | |
| 28. -Vanguard 500 Index Admiral Fund | B | Dividend | L | T | | | | | |
| 29. FIDELITY BROKERAGE - 1 (H) | | | | | | | | | |
| 30. -American Growth Fund of America, Class F1 | B | Dividend | O | T | | | | | |
| 31. -Dodge & Cox Stock Fd | E | Dividend | N | T | | | | | |
| 32. -Fidelity NY AMT Free MMKT Inst Cl | A | Dividend | M | T | | | | | |
| 33. -Fidelity NY Muni MMF | C | Dividend | P1 | T | | | | | |
| 34. -Royce Toyal Return Fund Investment Class | F | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Fidelity 500 Index Fund | C | Dividend | N | T | | | | | |
| 36.   -SPDR S&P Midcap 400 ETF Tr UT Ser 1 | D | Dividend | N | T | | | | | |
| 37.   -Tweedy Browne Global Value Fund | C | Dividend | N | T | | | | | |
| 38.   -Vanguard 500 Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 39.   -Baron Growth Fund | E | Dividend | O | T | | | | | |
| 40.   -Fidelity Government MMF | A | Dividend | K | T | | | | | |
| 41.   FIDELITY BROKERAGE - 2 (H) | | | | | | | | | |
| 42.   -American Beacon Large Cap Investor | A | Dividend | J | T | Sold<br>(part) | 11/06/20 | J | A | |
| 43.   -American Europacific Growth Fund, Class F2 | A | Dividend | K | T | | | | | |
| 44.   -DWS NY Tax Free Income Fund | D | Dividend | M | T | Sold<br>(part) | 03/23/20 | L | | |
| 45.   -Blackrock National Muni Fund Class A | A | Dividend | | | Buy | 01/08/20 | J | | |
| 46.   | | | | | Sold<br>(part) | 03/02/20 | K | A | |
| 47.   | | | | | Sold | 05/18/20 | K | | |
| 48.   -Fidelity Government Cash Reserves | A | Dividend | K | T | Buy<br>(add'l) | 12/31/20 | J | | |
| 49.   -Fidelity Advisor New Insights Class 1 | A | Dividend | L | T | | | | | |
| 50.   -Fidelity Municipal Income Fund | C | Dividend | M | T | | | | | |
| 51.   -Ishares Russell 1000 Growth ETF | A | Dividend | M | T | Sold<br>(part) | 04/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/6/20 | K | D | |
| 53. -Ishares S&P Small Cap 600 Value | A | Dividend | J | T | Buy (add'l) | 03/02/20 | J | | |
| 54. | | | | | Sold (part) | 04/13/20 | J | | |
| 55. -Ishares Russell 1000 Value ETF | B | Dividend | L | T | Buy (add'l) | 03/18/20 | J | | |
| 56. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 57. -MFS International Diversification Fund | A | Dividend | K | T | | | | | |
| 58. -MFS International Intrinsic Value Fund | A | Dividend | K | T | | | | | |
| 59. -MFS Research International Fund | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 60. -Nuveen NY Municipal Bond Fund | D | Dividend | M | T | Sold (part) | 03/02/20 | J | A | |
| 61. | | | | | Sold (part) | 03/18/20 | K | | |
| 62. | | | | | Buy (add'l) | 05/14/20 | K | | |
| 63. -Oppenheimer International Growth Fund n/k/a Invesco Oppenheimer Intl | | None | | | Sold | 03/18/20 | J | | |
| 64. -T Rowe Price Emerging Markets Stock Fd | | None | | | Buy (add'l) | 03/11/20 | K | | |
| 65. | | | | | Sold | 04/13/20 | K | | |
| 66. -Sector SPDR Trust Shares Ben Int Financial | A | Dividend | J | T | | | | | |
| 67. -SPDR S&P 500 ETF Trust Ser 1 | B | Dividend | M | T | | | | | |
| 68. -T Rowe Price Tax Free High Yield Adv | B | Dividend | K | T | Buy (add'l) | 05/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 06/25/20 | K | | |
| 70. | | | | | Sold<br>(part) | 10/29/20 | K | A | |
| 71. -Victory RS Small Cap Growth Fund | | None | J | T | | | | | |
| 72. -Wells Fargo Special Mid Cap Administration Fund | A | Dividend | | | Sold | 03/23/20 | K | | |
| 73. -Wells Fargo Muni Bond Fund - Administration Class | D | Dividend | M | T | Buy<br>(add'l) | 03/04/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 03/23/20 | K | | |
| 76. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 78. | | | | | Sold<br>(part) | 06/25/20 | J | | |
| 79. -Janus Henderson Enterprise | A | Dividend | J | T | Sold<br>(part) | 03/23/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 81. -Flexshares Trust Morningstar Global | | None | | | Sold | 03/02/20 | K | | |
| 82. -Ishares Inc Core MSCI Emerging Markets | | None | | | Sold | 03/18/20 | J | | |
| 83. -Fidelity Advisor Mega Cap Stock Fd | | None | | | Sold<br>(part) | 03/04/20 | K | A | |
| 84. | | | | | Sold | 03/11/20 | K | | |
| 85. -Fidelity Value Discovery Fd | | Dividend | | | Sold | 03/18/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Strategic Adv Tax Sensitive Short Duration | C | Dividend | N | T | Buy (add'l) | 03/04/20 | J | | |
| 87. | | | | | Sold (part) | 03/18/20 | K | | |
| 88. | | | | | Buy (add'l) | 04/13/20 | K | | |
| 89. | | | | | Sold (part) | 09/22/20 | K | | |
| 90. | | | | | Buy (add'l) | 10/19/20 | L | | |
| 91. | | | | | Buy (add'l) | 10/29/20 | K | | |
| 92. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 93. | | | | | Buy (add'l) | 12/15/20 | K | | |
| 94. -Oakmark Fund Investor Cl | | Dividend | | | Sold | 03/02/20 | J | | |
| 95. -Artisan Intl Value Fund Class | | Dividend | | | Sold | 03/18/20 | K | | |
| 96. -Causeway International Value Investor | | Dividend | | | Sold | 03/02/20 | J | | |
| 97. -Causeway Emerging Markets Fd Inv Cl | A | Dividend | L | T | Buy (add'l) | 03/11/20 | J | | |
| 98. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 99. | | | | | Buy (add'l) | 04/13/20 | K | | |
| 100. | | | | | Sold (part) | 05/14/20 | J | | |
| 101. -Ishares Russell Midcap Growth | | Dividend | | | Sold | 03/23/20 | J | | |
| 102. -Ishares Tr EAFE Growth ETF | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 04/13/20 | J | | |
| 104.  -Ishares Edge MSCI USA Value Factor ETF | | Dividend | | | Sold | 03/18/20 | K | | |
| 105.  -Ishares Trust Core MSCI EAFE ETF | | Dividend | | | Sold | 03/11/20 | L | | |
| 106.  -Oppenheimer Dev Mkts Cl 1 n/k/a Invesco Oppenheimer Dev Mkts | | Dividend | | | Sold | 03/18/20 | K | | |
| 107.  -Vanguard Index Fds Nidcap Growth Index | | Dividend | | | Sold | 03/23/20 | J | | |
| 108.  -Ishares Tr US Treas Bond Fd | | Dividend | | | Buy (add'l) | 03/23/20 | J | | |
| 109. | | | | | Buy (add'l) | 04/13/20 | K | | |
| 110. | | | | | Sold (part) | 05/14/20 | K | A | |
| 111. | | | | | Sold (part) | 06/08/20 | K | B | |
| 112. | | | | | Sold | 06/25/20 | J | B | |
| 113.  -Aberdeen Emerging Markets Fund | | Dividend | | | Sold | 03/11/20 | J | | |
| 114.  -Ishares Edge MSCI USA Quality | A | Dividend | J | T | Buy (add'l) | 03/11/20 | J | | |
| 115. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 116. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 117. | | | | | Sold (part) | 05/14/20 | K | | |
| 118. | | | | | Sold (part) | 09/22/20 | J | A | |
| 119. | | | | | Sold (part) | 10/19/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity Emerging Markets | A | Dividend | J | T | Buy | 08/06/20 | J | | |
| 121. | | | | | Sold (part) | 09/22/20 | J | | |
| 122. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 123. | | | | | Sold (part) | 12/15/20 | J | A | |
| 124. Fidelity Advisor Focused Emerging Mkts | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 125. Fidelity Growth Company | | None | J | T | Buy | 03/02/20 | J | | |
| 126. | | | | | Sold (part) | 04/13/20 | K | | |
| 127. LSV Value Equity Fund Investor | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 128. | | | | | Buy (add'l) | 03/18/20 | K | | |
| 129. | | | | | Sold (part) | 05/14/20 | K | | |
| 130. DFA Emerging Markets Core Equity | A | Dividend | J | T | Buy | 08/06/20 | K | | |
| 131. | | | | | Sold (part) | 11/06/20 | J | A | |
| 132. JPMorgan Mid Cap Value Fund Class I | A | Dividend | K | T | Buy | 05/15/20 | K | | |
| 133. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 134. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 135. | | | | | Sold (part) | 12/15/20 | J | B | |
| 136. Oakmark Intl Investor | A | Dividend | K | T | Buy | 05/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 138. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 139. | | | | | Sold (part) | 11/06/20 | J | A | |
| 140. JPMorgan Tax Aware Equity Class I | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 141. TRowePrice Overseas Stock Class I | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 142. | | | | | Buy (add'l) | 03/18/20 | K | | |
| 143. Transamerica Intl Equity Class I | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 144. | | | | | Sold (part) | 04/13/20 | J | | |
| 145. Delaware Tax Free USA Class A | A | Dividend | J | T | Buy | 08/06/20 | K | | |
| 146. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 147. | | | | | Sold (part) | 10/29/20 | K | | |
| 148. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 149. MFS Municipal Income Class A | B | Dividend | L | T | Buy | 05/18/20 | K | | |
| 150. | | | | | Buy (add'l) | 06/25/20 | K | | |
| 151. | | | | | Sold (part) | 10/29/20 | K | A | |
| 152. Mainstay McKay NY Tax Free Opp Class A | A | Dividend | K | T | Buy | 11/06/20 | K | | |
| 153. Ishares S&P 500 | B | Dividend | L | T | Buy | 03/18/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 155. | | | | | Sold<br>(part) | 06/08/20 | J | A | |
| 156. Ishares Core S&P Small Cap E | A | Dividend | K | T | Buy | 05/14/20 | K | | |
| 157. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 160. | | | | | Sold<br>(part) | 10/19/20 | J | A | |
| 161. Ishares Trust US Treasury | A | Dividend | J | T | Buy | 03/18/20 | K | | |
| 162. | | | | | Sold<br>(part) | 06/08/20 | K | B | |
| 163. Vanguard Real Estate ETF | A | Dividend | K | T | Buy | 06/25/20 | J | | |
| 164. | | | | | Sold<br>(part) | 08/06/20 | K | | |
| 165. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 166. | | | | | Sold<br>(part) | 10/29/20 | J | | |
| 167. | | | | | Sold<br>(part) | 11/06/20 | J | A | |
| 168. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 169. Ishares US Real Estate ETF | | None | | | Buy | 08/06/20 | K | | |
| 170. | | | | | Sold | 09/22/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. SPDR Index Shs FDS Global Nat Res | None | | | | Buy | 03/02/20 | J | | |
| 172. | | | | | Sold | 03/04/20 | J | A | |
| 173. Victory Trivalent Intl Small Cap | None | | | | Buy | 08/06/20 | J | | |
| 174. | | | | | Sold | 10/19/20 | J | | |
| 175. MORGAN STANLEY - 1 (H) | | | | | | | | | |
| 176. -Abbvie, Inc. | A | Dividend | K | T | Buy | 04/30/20 | K | | |
| 177. -Allstate Corp. | A | Dividend | | | Buy (add'l) | 01/17/20 | J | | |
| 178. | | | | | Sold (part) | 02/26/20 | J | | |
| 179. | | | | | Sold | 11/05/20 | K | D | |
| 180. -Apple, Inc. | A | Dividend | M | T | Buy (add'l) | 01/17/20 | J | | |
| 181. | | | | | Sold (part) | 02/26/20 | J | | |
| 182. -Bank of New York Mellon Corp. | | Dividend | | | Buy (add'l) | 01/17/20 | J | | |
| 183. | | | | | Sold | 02/04/20 | K | B | |
| 184. -Chevron Corp. | A | Dividend | J | T | Buy | 04/30/20 | J | | |
| 185. -Costar Group Inc. | | Dividend | L | T | Buy (add'l) | 01/17/20 | J | | |
| 186. | | | | | Sold (part) | 02/26/20 | J | A | |
| 187. | | | | | Sold (part) | 05/01/20 | J | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 11/10/20 | K | D | |
| 189. -Microsoft Corp. | A | Dividend | L | T | Buy (add'l) | 01/17/20 | J | | |
| 190. | | | | | Sold (part) | 02/26/20 | J | A | |
| 191. | | | | | Sold (part) | 04/13/20 | J | B | |
| 192. -Republic Services Inc. | B | Dividend | L | T | Buy (add'l) | 01/17/20 | J | | |
| 193. | | | | | Sold (part) | 02/26/20 | J | A | |
| 194. -Starbucks Corporation | A | Dividend | K | T | Buy (add'l) | 01/17/20 | J | | |
| 195. | | | | | Sold (part) | 02/26/20 | J | | |
| 196. -UnitedHealth Group Inc. | A | Dividend | L | T | Buy (add'l) | 01/17/20 | J | | |
| 197. | | | | | Sold (part) | 02/26/20 | J | | |
| 198. -Visa, Inc. | A | Dividend | L | T | Buy (add'l) | 01/17/20 | J | | |
| 199. | | | | | Sold (part) | 02/26/20 | J | | |
| 200. -Berkshire Hathaway Class B | | Dividend | K | T | Buy (add'l) | 01/17/20 | J | | |
| 201. | | | | | Sold (part) | 02/04/20 | J | | |
| 202. -Facebook, Inc. | | Dividend | M | T | Buy (add'l) | 01/17/20 | J | | |
| 203. | | | | | Sold (part) | 02/26/20 | J | | |
| 204. -Hormel Foods, Inc. | A | Dividend | K | T | Buy (add'l) | 01/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 02/26/20 | J | | |
| 206.  -Morgan Stanley Bank - Cash | A | Int./Div. | J | T | | | | | |
| 207.  -Adobe, Inc. | | Dividend | L | T | Buy<br>(add'l) | 01/17/20 | J | | |
| 208. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 209. | | | | | Sold<br>(part) | 05/01/20 | J | B | |
| 210. | | | | | Sold<br>(part) | 11/10/20 | K | D | |
| 211.  -Intel Corp. | | Dividend | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 212. | | | | | Sold<br>(part) | 02/26/20 | J | | |
| 213. | | | | | Sold | 04/13/20 | L | E | |
| 214.  -Amazon | | Dividend | L | T | Buy<br>(add'l) | 11/13/20 | J | | |
| 215.  -Amgen, Inc. | A | Dividend | K | T | Buy | 08/27/20 | K | | |
| 216.  -Nike Inc. Cl B | A | Dividend | L | T | Buy<br>(add'l) | 01/17/20 | J | | |
| 217. | | | | | Sold<br>(part) | 02/26/20 | J | | |
| 218.  -Packaging Corp of America | B | Dividend | K | T | Buy<br>(add'l) | 01/17/20 | J | | |
| 219. | | | | | Sold<br>(part) | 02/26/20 | J | | |
| 220.  -United Airlines Hldgs Inc. | | None | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 221. | | | | | Sold<br>(part) | 02/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold | 03/03/20 | K | | |
| 223.  -United Parcel Service Inc Cl B | A | Dividend | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 224. | | | | | Sold<br>(part) | 02/26/20 | J | | |
| 225. | | | | | Sold | 04/30/20 | K | | |
| 226.  -Uber Technologies Inc. | | Dividend | K | T | Buy<br>(add'l) | 01/17/20 | J | | |
| 227. | | | | | Sold<br>(part) | 02/26/20 | J | | |
| 228. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 08/03/20 | K | | |
| 230.  -Netflix, Inc. | | Dividend | K | T | Buy | 01/17/20 | J | | |
| 231. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 232. | | | | | Sold<br>(part) | 04/30/20 | K | C | |
| 233.  -Ishares Russell 2000 ETF | | Dividend | | | Buy | 01/17/20 | J | | |
| 234. | | | | | Sold | 02/11/20 | K | B | |
| 235.  -Walt Disney Co. Holding Co. | A | Dividend | L | T | Buy | 01/17/20 | J | | |
| 236. | | | | | Sold<br>(part) | 02/26/20 | J | | |
| 237.  -Autonation Inc. | | Dividend | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 238. | | | | | Sold<br>(part) | 02/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 03/17/20 | K | | |
| 240.  -Citigroup, Inc. | | | | | Buy | 02/04/20 | K | | |
| 241. | | | | | Sold (part) | 02/26/20 | J | | |
| 242. | | | | | Sold | 03/17/20 | K | | |
| 243.  -Delta Airlines Inc. | | | | | Buy | 03/03/20 | K | | |
| 244. | | | | | Sold | 03/17/20 | K | | |
| 245.  -Johnson & Johnson | A | Dividend | K | T | Buy | 02/11/20 | K | | |
| 246. | | | | | Sold (part) | 02/26/20 | J | | |
| 247.  -AT&T | A | Dividend | L | T | Buy | 08/13/20 | L | | |
| 248.  -Medtronic PLC | A | Dividend | K | T | Buy | 04/07/20 | K | | |
| 249.  -JPMorgan Chase & Co. | A | Dividend | L | T | Buy | 04/09/20 | K | | |
| 250. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 251. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 252.  -Vanguard Small Cap Value ETF | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 253.  -Intuitive Surgical Inc. | | Dividend | K | T | Buy | 04/30/20 | K | | |
| 254.  -Alphabet, Inc. | | Dividend | K | T | Buy | 11/09/20 | K | | |
| 255.  -Palantir Technologies Inc. | | Dividend | K | T | Buy | 11/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  MORGAN STANLEY - 2 (H) | | | | | | | | | |
| 257.  -Bank of America Corp. | C | Interest | L | T | | | | | |
| 258.  -Morgan Stanley | A | Interest | J | T | | | | | |
| 259.  -Wells Fargo | C | Interest | L | T | | | | | |
| 260.  -Hewlett-Packard Bond | | Interest | | | Sold | 07/22/20 | L | | |
| 261.  -JPMorgan Chase CD | C | Interest | L | T | | | | | |
| 262.  -Microsoft Corp Bond | B | Interest | | | Sold | 10/01/20 | K | | |
| 263.  -General Motors Financial Co. Bond | B | Interest | L | T | | | | | |
| 264.  -Conagra Foods Inc. Bond | B | Interest | L | T | | | | | |
| 265.  -Nucor Corp. Bond | B | Interest | L | T | | | | | |
| 266.  -Brinker International Inc. Bond | B | Interest | L | T | | | | | |
| 267.  -Kinder Morgan Energy Partners LP Bond | B | Interest | L | T | | | | | |
| 268.  -American Axle & Mfg Inc. Bond | C | Interest | L | T | | | | | |
| 269.  -Energy Transfer Partners LP Bond | D | Interest | L | T | | | | | |
| 270.  -OneMain Finance Corp.p/k/a Springleaf | C | Interest | L | T | | | | | |
| 271.  -Dell International LLC | B | Interest | L | T | | | | | |
| 272.  -Dell International LLC/EMC Corp. Regs | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -AT&T Inc. | C | Interest | M | T | | | | | |
| 274.  -Comcast Corp. | B | Interest | L | T | | | | | |
| 275.  -Energy Transfer Partners LP Pfd 7.625% | A | Dividend | J | T | | | | | |
| 276.  -International Lease Finance Corp. | C | Interest | L | T | | | | | |
| 277.  -JPMorgan Chase & Co. | C | Interest | L | T | | | | | |
| 278.  -Capital One Financial Corp. | B | Dividend | L | T | | | | | |
| 279.  -US Treasury Bond - Inflation Indexed | | Interest | | | Sold | 08/06/20 | M | D | |
| 280.  -Bank of America Corp. 6% Pfd | C | Dividend | L | T | | | | | |
| 281.  -PNC Financial Services Group 5.375% | | | | | Buy | 08/06/20 | L | | |
| 282. | | | | | Sold | 09/01/20 | L | | |
| 283.  -First Republic Bank San Francisco 5.5% | C | Dividend | L | T | Buy | 01/17/20 | L | | |
| 284.  -Synchrony Financial 5.625% | B | Dividend | L | T | Buy | 07/07/20 | K | | |
| 285.  -US Bancorp 5.15% | B | Dividend | L | T | Buy | 08/06/20 | L | | |
| 286.  -Athene Holding Ltd 5.625% | B | Dividend | L | T | Buy | 08/06/20 | L | | |
| 287.  -Wells Fargo 5.85% | A | Dividend | K | T | Buy | 08/06/20 | K | | |
| 288.  -Merchants Bancorp 6.00% | A | Dividend | L | T | Buy | 10/09/20 | L | | |
| 289.  -Tristate Cap Holds Dep RP | A | Dividend | L | T | Buy | 10/09/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Air Lease Corp. | A | Dividend | L | T | Buy | 10/09/20 | K | | |
| 291. -CIT Group Inc. 5.625% | A | Dividend | L | T | Buy | 10/09/20 | K | | |
| 292. -Huntington Bancshares Inc. 5.7% | A | Int./Div. | K | T | Buy | 12/14/20 | K | | |
| 293. MERRILL LYNCH (H) | | | | | | | | | |
| 294. -Blackstone Group, LP | C | Dividend | N | T | | | | | |
| 295. -PJT Partners, Inc. | A | Dividend | J | T | | | | | |
| 296. -Global Crossing | | | | W | | | | | |
| 297. -Asia Global Crossing | | | | W | | | | | |
| 298. -Merrill Lynch - Cash | | None | L | T | | | | | |
| 299. JPMORGAN CHASE BANK - IRA (H) | | | | | | | | | |
| 300. -JPMorgan Chase Bank - Cash | A | Interest | K | T | | | | | |
| 301. -Ishares Core MSCI EAFE ETF | A | Dividend | K | T | Sold (part) | 03/06/20 | K | | |
| 302. -Metropolitan West Total Return Fund | A | Dividend | | | Sold (part) | 05/08/20 | K | A | |
| 303. | | | | | Sold (part) | 06/10/20 | K | B | |
| 304. | | | | | Sold | 10/21/20 | K | B | |
| 305. -Vanguard Total Bond Market Index Fund | C | Dividend | M | T | Buy (add'l) | 03/06/20 | K | | |
| 306. | | | | | Sold (part) | 05/08/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold<br>(part) | 08/13/20 | L | C | |
| 308. | | | | | Sold<br>(part) | 09/09/20 | K | C | |
| 309. | | | | | Sold<br>(part) | 10/30/20 | L | C | |
| 310.  -Fidelity 500 Index Fund-AI | D | Dividend | O | T | Buy<br>(add'l) | 03/06/20 | J | | |
| 311. | | | | | Sold<br>(part) | 03/16/20 | K | | |
| 312. | | | | | Sold<br>(part) | 06/10/20 | K | D | |
| 313. | | | | | Buy<br>(add'l) | 06/30/20 | K | | |
| 314. | | | | | Sold<br>(part) | 08/13/20 | K | B | |
| 315.  -Ishares MSCI EAFE Intl Index Fund | C | Dividend | M | T | | | | | |
| 316.  -Vanguard Total Intl Bond-Adm | D | Dividend | M | T | Sold<br>(part) | 05/08/20 | J | | |
| 317. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 318. | | | | | Sold<br>(part) | 10/30/20 | L | C | |
| 319.  -Ishares Inc. MSCI Japan | A | Dividend | K | T | Sold<br>(part) | 02/14/20 | K | A | |
| 320. | | | | | Buy<br>(add'l) | 06/10/20 | K | | |
| 321.  -Ishares TIPS Bond Fund | | None | | | Sold | 03/06/20 | K | B | |
| 322.  -Pimco Income Fund-Ins | A | Dividend | K | T | Buy<br>(add'l) | 11/17/20 | J | | |
| 323.  -Pimco Short-Term Fund - Instl | A | Dividend | K | T | Sold<br>(part) | 04/24/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 325. -Pimco Investment Grade Corporate Bond Fund | B | Dividend | K | T | | | | | |
| 326. -Ishares Core MSCI Europe | B | Dividend | L | T | Buy (add'l) | 02/14/20 | J | | |
| 327. | | | | | Sold (part) | 10/21/20 | J | | |
| 328. -Ishares MSCI Canada ETF | A | Dividend | K | T | Buy (add'l) | 06/30/20 | J | | |
| 329. -Ishares MSCI Pacific Ex-Japan Index Fund | A | Dividend | K | T | Buy (add'l) | 06/30/20 | J | | |
| 330. -Ishares 7-10 Year Treasury Bond Fund | A | Dividend | | | Sold (part) | 09/09/20 | K | B | |
| 331. | | | | | Sold (part) | 10/21/20 | K | C | |
| 332. | | | | | Sold | 10/30/20 | K | B | |
| 333. -Ishares 20+ Year Treasury Bond Fund | A | Dividend | L | T | Sold (part) | 03/27/20 | J | A | |
| 334. | | | | | Buy (add'l) | 10/21/20 | K | | |
| 335. -Ishares US Treasury Bond ETF | A | Dividend | | | Buy | 03/06/20 | K | | |
| 336. | | | | | Sold (part) | 03/27/20 | J | A | |
| 337. | | | | | Sold | 09/09/20 | J | A | |
| 338. -Blackrock Hi Yield Bond Portfolio | C | Dividend | L | T | Buy | 03/31/20 | K | | |
| 339. | | | | | Buy (add'l) | 05/08/20 | K | | |
| 340. | | | | | Buy (add'l) | 11/17/20 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  -Federated Inst Hi Yield Bond | B | Dividend | K | T | Buy | 05/13/20 | K | | |
| 342.  -Ishares Core MSCI Emerging | A | Dividend | K | T | Buy | 10/21/20 | K | | |
| 343.  -Vanguard Mortgage Backed Sec. | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 344. | | | | | Buy<br>(add'l) | 11/17/20 | J | | |
| 345.  -Vanguard Total Intl Bond ETF | A | Dividend | M | T | Buy | 08/13/20 | L | | |
| 346. | | | | | Buy<br>(add'l) | 09/09/20 | K | | |
| 347. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 348. | | | | | Buy<br>(add'l) | 11/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 07/30/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Kay Vyskocil**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544